# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 21-1071                September Term, 2021

CPSC-84FR49435

**Filed On:** September 20, 2021

Lisa Milice,

        Petitioner

    v.

Consumer Product Safety Commission,

        Respondent

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Rogers, Tatel, Millett, Pillard, Wilkins, Katsas, Rao, Walker and Jackson, Circuit Judges

## O R D E R

Upon consideration of petitioner's petition for rehearing en banc, the opposition thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                     BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk